[No. 6712–9–II.   Division Two.   June 22, 1984.]

*In the Matter of the Estate of*
FRANCES WEINSTEIN.

Appeal from a judgment of the Superior Court for Kitsap County, No. 81–4–00383–3, Floyd V. Hicks, J., entered November 5, 1984. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 14377–8–I.   Division One.   June 25, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. NICHOLAS JOSEPH GIEFER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–05126–8, Jack Richey, J. Pro Tem., entered February 10, 1984. *Affirmed* by unpublished per curiam opinion.

[No. 13451–5–I.   Division One.   June 25, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK JOE SULLIVAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–03472–6, William C. Goodloe, J., entered June 10, 1983. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Corbett, A.C.J., and Ringold, J.